IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03086-BNB

ANTHONY D. SHAPIRO,

    Plaintiff,

v.

WARDEN JAMES FALK, Individually and in his Official Capacity,
MAJOR RAYMOND BILDERAYA, Individually and in his Official Capacity,
LIEUTENANT STEVEN WEEDER, Individually and in his Official Capacity,
SERGEANT MARCUS RYNEK, Individually and in his Official Capacity, and
UNIDENTIFIED NORTHERN TRANSPORT UNIT CORRECTIONAL OFFICERS 1
    THROUGH 20, Individually and in Their Official Capacities,

    Defendants.

---

## ORDER DRAWING CASE

---

    After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

    DATED December 2, 2013, at Denver, Colorado.

                                                      BY THE COURT:

                                                      s/ Boyd N. Boland
                                                      United States Magistrate Judge