## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 13-cv-3086-WJM-KMT

ANTHONY D. SHAPIRO,

    Plaintiff,

v.

JAMES FALK, individually and in his official capacity as Warden of the Sterling Correctional Facility,
RAYMOND BILDERAYA, individually and in his official capacity as major of Custody and Control of the Sterling Correctional Facility,
STEVEN WEEDER, individually and in his official capacity as Lieutenant of Intake and Receiving of the Sterling Correctional Facility, Unidentified Northern Transport Unit,
UNIDENTIFIED NORTHERN TRANSPORT UNIT CORRECTIONAL OFFICERS 1 through 20, individually and in their official capacities as Transport officers for the CDOC, and
MARCUS RYNEK, individually and in his official capacity as Lieutenant of Intake and Receiving of the Sterling Correctional Facility,

    Defendants.

---

## APPOINTMENT ORDER

---

    In accordance with Part III.C. of the U.S. District Court's *Pilot Program to Implement a Civil Pro Bono Panel*, the Court hereby determines that *pro se* Plaintiff Anthony Shapiro merits appointment of counsel drawn from the Civil *Pro Bono* Panel.

The Court is satisfied that the following factors and considerations have been met:

    1) the nature and complexity of the action;
    2) the potential merit of the *pro se* party's claims;
    3) the demonstrated inability of the *pro se* party to retain counsel by other means; and
    4) the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

*See Pilot Program to Implement a Civil Pro Bono Panel*, Part III.B.1.

Accordingly, it is ORDERED that the Clerk of the Court shall select, notify, and appoint a member of the Panel to represent the *pro se* litigant in this matter. Plaintiff is advised that there is no guarantee that Panel members will undertake representation in every case selected as part of the Pilot Program. Plaintiff is further cautioned that, until appointed counsel enters an appearance, he will continue to be responsible for all scheduled matters, including hearings, depositions, motions, and trial, and must follow the Court's procedures and rules accordingly.

Dated this 18th day of September, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge