**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-3086-WJM-KMT

ANTHONY D. SHAPIRO

    Plaintiff,

v.

JAMES FALK,
MARCUS RYNEK, individually and in his official capacity as Lieutenant of Intake and Receiving of the Sterling Correctional Facility,
UNIDENTIFIED NORTHERN TRANSPORT UNIT CORRECTIONAL OFFICER, individually and in his official capacities,

    Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO APPEAR**

---

This matter is before the Court on the Plaintiffs' Unopposed Motion for Leave to Appear filed February 22, 2015 (ECF No. 57). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiffs' Unopposed Motion is GRANTED. Student attorneys Amber Marchlowska, Susan McNulty, and Ricardo Vasquez are permitted to appear before this Court representing Plaintiff Anthony D. Shapiro pursuant to D.C.COLO.LAttyR 14(a)(1). The Student Attorneys shall represent the Plaintiff in this case under the supervision of attorneys Laura Rovner and Lauren Fontana.

Dated this 23rd day of February, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge