IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–03086–WJM–KMT

ANTHONY D. SHAPIRO,

    Plaintiff,

v.

MARCUS RYNEK, in his individual and official capacities,
JOHN CHAPDELAINE, in his official capacity, and
UNIDENTIFIED NORTHERN TRANSPORT UNIT CORRECTIONAL OFFICER, in his individual and official capacities,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendants' "Unopposed Motion for Leave to Depose Incarcerated Plaintiff" (Doc. No. 61, filed Apr. 6, 2015) is GRANTED. Pursuant to Fed. R. Civ. P. 30(a)(2)(B), the court hereby grants Defendants leave to take Plaintiff's deposition at the Colorado Department of Corrections' (CDOC) Sterling Correctional Facility in Sterling, Colorado, subject to the provisions of D.C.COLO.LCivR 30.1 on deposition scheduling and the rules and regulations of the CDOC and the facility.

Dated: April 7, 2015