IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-03086-WJM-KMT

ANTHONY D. SHAPIRO,

    Plaintiff,

v.

MARCUS RYNEK, in his individual and official capacities,
JOHN CHAPDELAINE, in his official capacity;
TOBIAS TRUJILLO, in his individual and official capacities;
STEVEN DOANE, in his individual and official capacities; and
CARLOS CHAVARRIA, in his individual and official capacities;

    Defendants.

## ORDER RE DEFENDANTS' MOTION FOR LEAVE TO DEPOSE INCARCERATED OFFENDER WITNESSES

Defendants' "Motion for Leave to Depose Incarcerated Offender Witnesses" (Doc. 97, filed Oct. 20, 2015) is GRANTED. Pursuant to Fed. R. Civ. P. 30(a)(2)(B), Defendants have leave to take the deposition of incarcerated persons Mr. Noble Kendrick, #159555; Mr. Larry Harris, #129175; Mr. Matthew LaBonte, #94674; and Mr. Christopher Molinachagollo, #144971, at their respective Colorado Department of Corrections' (CDOC) facilities: Messrs. LaBonte and Molinachagollo at the Sterling Correctional Facility in Sterling, CO; Mr. Harris at the Fremont Correctional Facility in Canon City, CO; and Mr. Kendrick at the Limon Correctional Facility in Limon, CO; subject to the provisions of D.C.COLO.LCivR 30.1 on deposition scheduling and the rules and regulations of the CDOC and the facility.

So ordered, this 2nd day of November, 2015.

    _____
    Kathleen M. Tafoya
    United States Magistrate Judge